IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO.: 20-00018-KD |
| TADD SCOTT MITCHELL | : | |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 21) and without any objection having been filed by the parties, Defendant Tadd Scott Mitchell's plea of guilty to Count Two of the Indictment is now accepted and Defendant is adjudged guilty of such offense.

The sentencing hearing has been scheduled for **June 11, 2020, at 2:30 p.m**. Courtroom 4B of the United States Courthouse, 155 St. Joseph St., Mobile Alabama, 36602.

The United States Marshal is directed to produce the Defendant for this hearing.

**DONE and ORDERED** this the 2nd day of April 2020.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE